FILED

2017 MAR -1 PM 4:59
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No.: 8:17-Cr-83-T-23JSS

WANDA MALES

18 U.S.C. § 1343
18 U.S.C. § 981(a)(1)(C) (forfeiture)
28 U.S.C. § 2461(c) (forfeiture)

# INFORMATION

The United States Attorney charges:

## COUNT ONE
(Wire Fraud – 18 U.S.C. § 1343)

### A. The Scheme and Artifice

1. From in or about February 2009 and continuing through at least on or about March 13, 2015, in the Middle District of Florida and elsewhere,

WANDA MALES,

the defendant herein, did knowingly and willfully devise and intend to devise a scheme and artifice (a) to defraud; and (b) for obtaining money and property by means of false and fraudulent pretenses, representations, and promises relating to material facts.

## B. Manner and Means of the Scheme

3. The manner and means by which MALES sought to accomplish the scheme included, among others, that MALES would and did:

a. embezzle funds from her employer;

b. fraudulently generate and cause to be generated payments to herself by knowingly inputting materially false and fraudulent information into the payroll service for employer as if she were due a legitimate payment or advance;

c. fraudulently divert and cause to be diverted the payments to herself;

d. fraudulently deposit and cause to be deposited the payments into bank accounts under her control;

e. spend and cause to be spent the money stolen through the scheme; and

f. misrepresent, conceal, hide, and cause to be misrepresented, concealed, and hidden, acts done in furtherance of the scheme and the purpose of those acts.

### C. Execution of the Scheme

4. On or about April 6, 2012, for the purpose of executing the aforementioned scheme and artifice (a) to defraud; and (b) for obtaining money and property by means of false and fraudulent pretenses, representations, and promises relating to material facts,

WANDA MALES,

the defendant herein, did knowingly transmit and cause to be transmitted by means of wire communications in interstate commerce writings, signs, signals, pictures and sounds, by fraudulently entering into the Paychex internet portal false information indicating that she was due a refund from her employer, said data being entered in Hillsborough County, Florida, and transmitted to, among other places, a computer server in another state (New York).

All in violation of Title 18, United States Code, Section 1343.

## FORFEITURES

1. The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of any or all of the violations alleged in Count One, the defendant,

WANDA MALES,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all property, real or personal which constitutes or is derived from proceeds traceable to one or more of the violations.

3. The property to be forfeited includes, but is not limited to, the following: a forfeiture money judgment in the amount of at least $255,295.98.

4. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A. LEE BENTLEY, III
United States Attorney

By: ______________________
Thomas N. Palermo
Assistant United States Attorney

By: ______________________
Simon A. Gaugush
Assistant United States Attorney
Chief, Economic Crimes Section